**Order entered January 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00520-CR

### HENRY ARNOLD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 1
Dallas County, Texas
Trial Court Cause No. MB09-31021**

## ORDER

On November 14, 2012, the Court ordered the parties to file a written stipulation stating either: (1) the portion, if any, of the audio recording could be retrieved; and (2) whether the parties can agree to the content of that transcription; or (3) that no portion of the audio recording can be retrieved. On December 13, 2012, we received a supplemental clerk's record containing the parties' stipulation that they "can reach no agreement regarding what the substantive and accurate contents of any substituted Reporter's Record would or would not show."

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/      DAVID W. EVANS
         JUSTICE